UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

JOSE SUAREZ

Defendant.
------------------------------------------------------------------x

04 CR 251 (KMW)

ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07
```

The Court received a letter from the defendant, dated September 25, 2007, requesting that he be assigned new counsel. A conference will be held in this matter on Tuesday, November 6, 2007 at 11:00am.

SO ORDERED.

Dated:  New York, New York
        October 11, 2007

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE