

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 18, 2008

**BY TELECOPIER**
The Honorable Kimba M. Wood
United States Chief District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Jose Suarez,
S12 04 Cr. 251 (KMW)

Dear Chief Judge Wood:

The Government writes to request an adjournment of the Fatico hearing for defendant Jose Suarez, which is currently scheduled for April 24, 2008. The Government requests this adjournment because I have to appear in Federal Court in Fort Lauderdale, Florida, that day and because the witness the Government intends to call is subject to quarantine since Wednesday, April 16th due to possible exposure to chicken pox. I have consulted with Mr. Suarez's counsel, Russell Neufeld, who consents to this request. We respectfully request that the hearing be adjourned to the morning of May 8, 2008.

*The sentencing is adjourned to Thursday, May 8, 2008 at 10:00am. Government submission is due Friday, May 2, 2008.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
John J. O'Donnell
Assistant United States Attorney
(212) 637-2490

cc: Russell Neufeld, Esq. (by telecopier)
Probation Office Johnny Kim (by telecopier)

SO ORDERED: N.Y., N.Y.
4-21-08
/s/ KIMBA M. WOOD
KIMBA M. WOOD
U.S.D.J.