EDUARDO NIEVES,
a/k/a JOSE SUAREZ,
USM # 53024-054
BROOKLYN/MDC
80 29th Street
Brooklyn, New York 11232



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08
```

June 12, 2008

**The Honorable KIMBA M. WOOD**
**United States Chief District Judge**
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

## MEMO ENDORSED

Re: <u>UNITED STATES v. JOSE SUAREZ</u>,
    <u>S12 04 CR 251(KMW)</u>

**Dear Chief Judge Wood:**

I <u>Pro-Se</u> defendant in the above stated caption respectfully submits this communication as a formal respond to the Governments letter to Your-Honor dated, June 06,2008, in which the Government concedes to the defendants non-request or non-consent to a Fatico hearing, while also conceding that the defendant has submitted an "correction" to the calculations of the Presentence Investigation Report ("PSR") prepare by U.S. Probation Officer Mr. Kim which provides unfounded information provided by the Government.

I JOSE SUAREZ, herein again formally submit my desire not to participate in the Governments Hearing (Fatico), nor do I give authority to attorney Mr. Neufeld or the prosecution consent to conduct this hearing in my absent . . I respectfully ask that the Court note, that the sentencing court, can consider all the factors set forth in **18 U.S.C. § 3553(a)**, and decide to impose a non-Guidelines sentence regardless of the outcome of a factual dispute relevant to the calculation of the range, and may properly decline to resolve the dispute . . See <u>United States v. Crosby</u>, **397 F.3d 103, 112 (2d Cir. 2005).**

Sincerely,

Eduardo Nieves,
a/k/a JOSE SUAREZ
Brooklyn, New York

ED/JS: AUSA-John J. O'Donnell
       Mr. Russell Neufeld, Esq. (by first class mail)

*Given that Mr. Nieves contests the facts and the sentencing Guidelines calculation in his Pre-Sentence Report, the Court is required by law to hold a Fatico hearing. The hearing will take place Wednesday, June 25, 2008, at 10:00 a.m., in Courtroom 15-B.*

*So ordered. 6-18-08*

*Kimba M. Wood*
*U.S.D.J.*



U.S. Department of Justice

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 6, 2008

**BY TELECOPIER**
The Honorable Kimba M. Wood
United States Chief District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: United States v. Jose Suarez,
     S12 04 Cr. 251 (KMW)

Dear Chief Judge Wood:

  The Government writes in response to the defendant's pro se letter dated June 2, 2008. The defendant appears to object to a Fatico hearing, while at the same time challenging the facts and Sentencing Guidelines calculations set forth in the Presentence Investigation Report ("PSR"). However, since the defendant is challenging the facts and Sentencing Guidelines in the PSR, the Court will be required to hold a Fatico hearing. We write to advise the Court and counsel that the Government will be prepared to go forward on June 12, 2008 at 10:00 a.m. At this time, we anticipate calling one witness, for whom 3500 material has already been provided to the Court and the defense.

          Respectfully submitted,

          MICHAEL J. GARCIA
          United States Attorney
          Southern District of New York

     By: _____
        John J. O'Donnell
        Assistant United States Attorney
        (212) 637-2490

cc: Russell Neufeld, Esq. (by telecopier)

EDUARDO NIEVES
a/k/a   JOSE SUAREZ
USM # 53024-054
BROOKLYN/MDC
80 29th Street
Brooklyn, New York 11232

BROOKLYN NY 112
17 JUN 2008 PM 5 L

The Honorable Kimba M. Wood
United States Chief District Judge
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, New York  10007

LEGAL MAIL

LEGAL MAIL

10007+1330