```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

                                                      04 CR 251-10 (KMW)
                                                         ORDER

JOSE SUAREZ,

                    Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

    On September 25, 2009, the United States Court of Appeals for the Second Circuit granted the Government's motion to remand this case to the District Court for consideration of resentencing.

    The Government shall submit its brief by January 8, 2010. Defendant's response is due by January 15, 2010. A conference will be held on January 22, 2010 at 10:00am, at which time a date for sentencing will be scheduled.

    SO ORDERED.

Dated: New York, New York
         November 13, 2009

                                              /s/ Kimba M. Wood
                                             KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE